HOWELL v. LANDRY

No. 36P90

Case below: 96 N.C.App. 516

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990. Plaintiff's motion to dismiss petition for failure to comply with Rules of Appellate Procedure denied 5 April 1990.

IN RE ELE, INC.

No. 93A90

Case below: 97 N.C.App. 253

Petition by Bertie County pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues dismissed 5 April 1990.

JOHNSON v. BEVERLY-HANKS & ASSOC.

No. 90A90

Case below: 97 N.C.App. 335

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 5 April 1990.

JONES v. DAVIS

No. 38P90

Case below: 96 N.C.App. 679

Petition by Davis for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

McNEILL v. HARNETT COUNTY

No. 100PA90

Case below: 97 N.C.App. 41

Petition by defendants for temporary stay allowed 19 March 1990. Petition by defendants for writ of supersedeas allowed 5 April 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.